

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/02/20

**WWW.MKCLAWGROUP.COM**
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET, STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE

EMAIL: MKC@MKCLAWGROUP.COM

December 31, 2019

*Via ECF; Total Pages: 1*
Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

# MEMORANDUM ENDORSED

Re: Deran et al v. Antalia Turkish Cuisine LLC et a
Docket No.: 1:19-cv-06833-GHW

Dear Judge Woods:

This office represents Defendants in the above referenced matter. I respectfully request an adjournment of the Initial Conference currently scheduled for January 29, 2020, at 3:30 p.m. I have a previously scheduled trial which cannot be rescheduled.

I have conferred with Plaintiff's counsel, and he consents to this rescheduling request. The parties submit February 11, 2020, February 14, 2020 in the morning, and February 18, 2020 for the Court's consideration for rescheduling. This is the first request for adjournment in this matter.

Thank you for your consideration and kind courtesies in addressing this matter.

Respectfully submitted,

*Michael K. Chong*

Michael K. Chong, Esq.

---

Application granted. The initial pre-trial conference currently scheduled for January 29, 2020 is adjourned to February 18, 2020 at 3:30 p.m. The joint status letter and proposed case management plan described in the Court's December 26, 2019 order are due no later than February 11, 2020.

SO ORDERED.

Dated: January 2, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge