

**WWW.MKCLAWGROUP.COM**
**LAW OFFICES OF MICHAEL K. CHONG, LLC**

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*\* Please Reply to: FORT LEE*   **EMAIL:** yr@mkclawgroup.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2020

April 1, 2020

<u>Via ECF; Total Pages: 1</u>
Hon. Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application GRANTED. SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> April 2, 2020

Re: Deran et al v. Antalia Turkish Cuisine LLC et al
Docket No.: 1:19-cv-06833-BCM

**MEMO ENDORSED**

Dear Judge Moses:

This office represents Defendants in the above referenced matter. We respectfully request an adjournment of the deadline to file settlement documents for the Court's approval, which is currently scheduled for April 1, 2020. This is the first request for an adjournment.

We conferred with Plaintiff's counsel, and he consents to this request. The reason for the request is that the Defendants require additional time to finalize the documents for submission. Defendants request an additional 30 days to submit documents.

Thank you for your consideration and kind courtesies in addressing this matter.

Respectfully submitted,

*Yolanda Rivero*

Yolanda Rivero, Esq.

CC: David Stein, Esq. (via ECF)