UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



SONER DERAN,

        Plaintiff,

-against-

ANTALIA TURKISH CUISINE LLC, et al.,

        Defendants.

19-CV-6833 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

    For the reasons discussed on the record during the May 21, 2020 settlement status conference, any motion for *Cheeks* approval of the parties' settlement agreement shall be filed no later than **June 1, 2020**, and shall include: (a) a cover letter (jointly submitted if the parties are in agreement) demonstrating that the settlement is fair and reasonable and should be approved in light of the factors enumerated in *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012); (b) a copy of the written settlement agreement, executed by all parties, which will be placed on the public docket, *see Wolinsky*, 900 F. Supp. 2d at 335; and (c) counsel's contingency fee agreement (if any) and time and expense records, to the extent necessary to support any award of attorneys' fees and costs.

    This is the second extension of the parties' deadline to submit their settlement documents for approval. (*See* Dkt. Nos. 34, 36, 37.) No further extensions will be granted absent compelling circumstances.

Dated: New York, New York
       May 21, 2020

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**